BETTY J. COHEN, Respondent, v. METROPOLITAN SAVINGS BANK, Defendant, and MARGARET G. KATZ, Individually and as Administratrix of the Estate of LOUIS KATZ, Deceased, Defendant-Appellant. (Action No. 1.) MARGARET G. KATZ, Appellant, v. BETTY COHEN et al., Respondents, et al., Defendants. (Action No. 2) —

No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents.—

Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK TITLE AND MORTGAGE COMPANY, Relator, against JAMES J. SEXTON et al., as Commissioners of Taxes of the City of New York, Respondents. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of NEW YORK TITLE AND MORTGAGE COMPANY, Appellant.—

No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Arbitration Between SAMUEL ACKERMAN et al., Doing Business as ACKERMAN AND DAVIDSON, Appellants, and CAMDEN TEXTILE CORPORATION, Respondent, and "JOHN" DOWNEY et al., Doing Business as DOWNEY & DOMIDION.—

No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.